# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY ALLEN SLOVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-14-451-R |
| ) | |
| DREW EDMON et al., ) | |
| ) | |
| Respondents. ) | |

## REPORT AND RECOMMENDATION

Petitioner Johnny Allen Slover, a state prisoner appearing pro se, has filed an application for leave to proceed *in forma pauperis* and supporting affidavit (Doc. No. 2). This matter has been referred to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b). Having reviewed said application, the undersigned finds that Mr. Slover has a current available balance of $498.08 in his institutional account, which is sufficient to prepay the $5.00 filing fee in this habeas corpus proceeding.

Because Mr. Slover has not demonstrated an inability to prepay the filing fee, the undersigned recommends that the District Judge:

(1) deny the application for leave to proceed *in forma pauperis*;

(2) order Mr. Slover to pay the full $5.00 filing fee within 21 days of any order adopting this Report and Recommendation, *see* Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts; LCvR3.2, 3.3(e); and

(3) dismiss the action without prejudice to refiling if Mr. Slover fails to timely pay the filing fee to the Clerk of this Court, or to show good cause for the failure to do so, within 21 days of any order adopting this Report and Recommendation, s*ee* LCvR 3.3(e).

NOTICE OF RIGHT TO OBJECT

Petitioner is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by June 2, 2014, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. Petitioner further is advised that failure to timely object to this Report and Recommendation would waive the right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

ENTERED this 12th day of May, 2014.

_____
CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE