IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHNNY ALLEN SLOVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-451-R |
| | ) | |
| DREW EDMON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2254 petition of Johnny Allen Slover for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of June, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE