IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHNNY ALLEN SLOVER, )
)
    Petitioner, )
)
v. ) Case No. CIV-14-451-R
)
CARL BEAR, )
)
    Respondent. )

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered May 29, 2015 [Doc. No. 11]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the Petition for Writ of Habeas Corpus is DISMISSED.

It is so ordered this 25th day of June, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE